IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01201-ZLW

IRA ANTHONY JOHNSON,

    Plaintiff,

v.

SHERIFF RODGERS,
SHERIFF COOK,
CAPTAIN MEYER,
JOHN DOE,
JOHN DOE,
JOHN DOE, and
JOHN DOE,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 1 2006

GREGORY C. LANGHAM
                CLERK

---

ORDER DENYING MOTION TO EXTEND TIME FOR FILING NOTICE OF APPEAL

---

This matter is before the Court on the motion for extension of time to file a notice of appeal that Plaintiff Ira Anthony Johnson submitted *pro se* and the Court filed on November 21, 2006. Mr. Johnson asks the Court to extend the time for filing a notice of appeal from the order and judgment of dismissal entered and filed on October 17, 2006.

Mr. Johnson's motion for extension of time will be treated as a motion to extend the time for filing a notice of appeal pursuant to Fed. R. App. P. 4(a)(5)(A). For the reasons stated below, the motion for extension of time will be denied.

In civil cases, pursuant to Fed. R. App. P. 4(a)(1), a notice of appeal must be filed with the clerk of the district court within thirty days after the judgment or order appealed from is entered. This time limit is "mandatory and jurisdictional." *Hinton v. City of Elwood, Kan.*, 997 F.2d 774, 777 (10th Cir. 1993). Under Fed. R. App. P. 4(a)(5)(A)(i), a district court may extend the time to file a notice of appeal if a party so moves no later than thirty days after the initial thirty days for filing an appeal expires.

Under Fed. R. App. P. 4(a)(5)(A)(ii), the party must show excusable neglect or good cause for an extension.

Pursuant to Fed. R. App. P. 4(a)(1), Mr. Johnson was required to file a notice of appeal by November 16, 2006. The additional thirty days allowed by Fed. R. App. P. 4(a)(5) extends until December 18, 2006, the time during which Mr. Johnson may request an extension of time for filing an appeal. Plaintiff has filed his request for an extension of time to file an appeal within the time allowed by Fed. R. App. P. 4(a)(5)(A).

The motion, however, will be denied. The Court finds that Mr. Johnson fails to establish good cause or excusable neglect as required by Fed. R. App. P. 4(a)(5)(A)(ii) for granting an extension of thirty days. Accordingly, it is

ORDERED that Plaintiff Ira A. Johnson's motion for extension of time to file a notice of appeal filed on November 21, 2006, and which the Court has treated as a motion for extension of time filed pursuant to Fed. R. App. P. 4(a)(5)(A), is denied. It is

FURTHER ORDERED that the motions for appointment of counsel and for a ruling on Plaintiff's first complaint, filed on November 21, 2006, are denied as moot.

DATED at Denver, Colorado, this _1_ day of ___December___, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01201-BNB

Ira A. Johnson
PO Box 300459
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/1/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk